AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN District of ILLINOIS

UNITED STATES OF AMERICA
V.
TONYA K. VINSON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 4:01CR40082-002-JPG
USM Number: 05372-025

Judith A Kuenneke, FPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) as alleged in petition of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Forergy | 3/1/2006 |
| Standard # 1 | The defendant left the judicial district without permission | 2/17/2006 |
| Standard # 2 | The defendant failed to submita written monthly report | 2/28/2006 |
| Standard # 6 | The defendant failed to report loss of employment | 10/21/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 11/27/1972

Defendant's Residence Address:
501 East Main, Karnak, IL 62956

Defendant's Mailing Address:
Same as above

11/30/2006
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert — District Judge
Name of Judge — Title of Judge

December 19, 2006
Date

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

---

DEFENDANT: TONYA K. VINSON
CASE NUMBER: 4:01CR40082-002-JPG

Judgment — Page  2  of  2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

24 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in the Intensive Drug Treatment Program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL